**Electronically Filed
Supreme Court
SCWC-10-0000214
20-AUG-2013
10:19 AM**

SCWC-10-0000214

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ROBERT H.B. HSU,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000214; CASE NO. 1DTA-10-03917)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Robert H.B. Hsu's

application for writ of certiorari, filed July 5, 2013, is hereby

rejected.

DATED: Honolulu, Hawai'i, August 20, 2013., 2013.

Richard L. Holcomb,
for petitioner

Loren J. Thomas, Deputy
Prosecuting Attorney
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

